UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4709 PA (KSx) | Date | March 28, 2017 |
|---|---|---|---|
| Title | Fable Shoes (HK) Co. v. JC Dossier Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    **IN CHAMBERS - COURT ORDER**

On September 8, 2016, the Court issued both its Scheduling Order and a Minute Order establishing the requirements and deadlines for the filing of pretrial documents. Those orders required that the pretrial documents be filed by no later than March 24, 2017. The parties did not file any of the required pretrial documents by that date, and have filed only three pretrial documents since the deadline. Those documents show that the parties have not attempted to comply with the requirements of the Court's Scheduling Order, the Local Rules, or the Federal Rules of Civil Procedure concerning the preparation and filing of pretrial documents.

The Scheduling Order specifically warned the parties that "the failure . . . to submit the required pretrial documents may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions." The parties have violated the Local Rules and this Court's Scheduling Order by failing to file all of the required pretrial documents.

Accordingly, the Court orders counsel to show cause in writing why they should not be sanctioned in an amount of up to $1,000.00 for failing to timely file the required pretrial documents in the required format. The parties' responses to this Order to Show Cause shall be filed no later than April 3, 2017. Failure to timely or adequately respond to this Order to Show Cause may result in the imposition of sanctions. These sanctions may include a monetary sanction of up to $1,000.00, the dismissal of plaintiff's claims for failure to prosecute, the dismissal of defendants' counterclaim, and the striking of defendants' Answer and the entry of their defaults.

In addition to the filing of a response to the Court's Order to Show Cause, the Court orders the parties to file the required pretrial documents by no later than April 3, 2017. The failure to file the required pretrial documents by that date in the format required by the Scheduling Order, the Local Rules, and the Federal Rules of Civil Procedure may result in the imposition of additional sanctions, including further monetary sanctions, the dismissal of plaintiff's claims for failure to prosecute, the dismissal of defendants' counterclaim, and the striking of defendants' Answer without further warning.

IT IS SO ORDERED.